*The Law Offices of Shimshon Wexler, PC*
*216 West 104th St. #129*
*New York, New York 10025*
*Tel (212)760-2400*
*Fax (917)512-6132*
*swexleresq@gmail.com*

July 7th, 2014

VIA CM/ECF
Hon. Cheryl L. Pollak, U.S.D.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  Winkworth jr. v. Financial Asset Resolution, LLC, 14-cv-2394(WFK)(CLP)

Dear Judge Pollak:

    I am one of the attorneys for the plaintiff in this action. This letter is submitted in response to your Electronic Status Report Order of June 6th, 2014 in which you directed the parties to provide a status letter.

    The Defendant in this action has indicated both through its representative and through their attorney in past cases that they intend to file bankruptcy in the near future and will not respond to the Complaint in this action. I have attached the email to this letter.

    The Plaintiff in this case intends to file a motion for a default judgment in this case within the next 30 days.

    I thank the Court for its attention to this matter.

Respectfully Submitted,

Shimshon Wexler

Cc: James Giardina, Esq, via CM/ECF

    Katherine Olson, Esq. via email (olson@messerstilp.com)

So Ordered
/s/ CHERYL POLLAK
USMJ
7/9/14